# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0099. WILLIAM EDWARD STUMP v. THE STATE.**

In 2018, William Edward Stump pleaded guilty to driving under the influence. In 2022, Stump filed a motion to correct void sentence. The trial court denied the motion on September 16, 2022, and Stump filed his application for discretionary review on October 18, 2022. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Stump filed this application on October 18, 2022, 32 days after entry of the trial court's order. Accordingly, Stump's application is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  11/10/2022

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
                                                      , Clerk.